USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LING NAN ZHENG, *et al.*,

        Plaintiffs,

-v-

LIBERTY APPAREL COMPANY, INC., *et al.*,

        Defendants.

No. 99 Civ. 9033 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of Plaintiffs' June 18, 2009 pre-motion letter, and Defendants' June 24, 2009 response.

    IT IS HEREBY ORDERED THAT all parties shall appear for a pre-motion conference in this matter. The conference shall be held on July 2, 2009, at 2:30 p.m. in Courtroom 21C, United States District Court, Southern District of New York, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:    June 24, 2009
           New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE