UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



LING NAN ZHENG, *et al.*,

                  Plaintiffs,

-v-

LIBERTY APPAREL COMPANY, INC., *et al.*,

                  Defendants.

No. 99 Civ. 9033 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of Plaintiffs' letter dated September 8, 2009 and Defendants' response dated September 17, 2009. Plaintiffs ask that the Court enter a judgment on the merits without waiting for the Court to resolve their motion for attorney's fees. Defendants do not oppose this request.

    Accordingly, IT IS HEREBY ORDERED that Plaintiffs shall make a motion for an entry of judgment and proposed judgment by September 30, 2009. Defendants shall respond to the proposed judgment by October 9, 2009.

Dated:    September 21, 2009
               New York, New York

                                                        RICHARD J. SULLIVAN
                                                        UNITED STATES DISTRICT JUDGE