**MEMO ENDORSED**

# GLADSTEIN, REIF & MEGINNISS, LLP
ATTORNEYS AT LAW

AMY GLADSTEIN
JAMES REIF
WALTER M. MEGINNISS, JR.
ELLEN DICHNER
BETH M. MARGOLIS
WILLIAM S. MASSEY *

AMELIA K. TUMINARO
JANE CHUNG
KATHERINE H. HANSEN *

* ALSO ADMITTED IN NJ

817 BROADWAY • 6TH FLOOR
NEW YORK, NEW YORK 10003
(212) 228-7727
FAX: (212) 228-7654

ROBERT MOLOFSKY
*Of Counsel*

ALSO ADMITTED IN
WASHINGTON, D.C.

June 28, 2013

**BY E-MAIL: (sullivannysdchambers@nysd.uscourts.gov)**

Hon. Richard J. Sullivan
United States District Court
    Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York  10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-1-13

Re:  **Zheng v. Liberty Apparel Co., Inc.,
     No. 99 Civ. 9033 (RJS)**

Dear Judge Sullivan:

I am pleased to report that the parties have executed a Settlement Agreement resolving the above-entitled action.

Yours truly,

*James Reif*

James Reif
Attorney for Plaintiffs

cc:   Brett Nadler, Esq.
      (by e-mail)

```
The Clerk of the Court is respectfully
directed to close this case.
```

SO ORDERED
Dated: 7/1/13

RICHARD J. SULLIVAN
U.S.D.J.

11068.docx